UNITED STATES DISTRICT COURT
For
The District of Rhode Island

Juan C. Martinez

[Enter the full name (s) of the Plaintiff (s) in this Motion].

CA 07 - 455 ML

CIVIL ACTION No.

vs.

officer: PERRY

[Enter the full name (s) of the Plaintiff (s) in this Motion].

**PREVIOUS LAWSUITS:**

A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes:____ No: X

B. If your answer to "A" is yes, describe each lawsuit in the space below. **(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).**

1. Parties to this previous lawsuit:

Plaintiffs: Juan C. Martinez

P.O Box 8274 CrANSTON R.I 02920.

Defendants: Officer: PERRY

MEDIUM SECURITY #1 CrANSTON R.I.

III. PARTIES

In item "A", below, place your name in the first blank. Do the same for any additional parties, if any.

A. Name of Plaintiff: **Juan C. Martinez**

_______________________.

B. Name of Defendant: **Officer: PERRY**

_______________________. **Is employed as a Correctional Officer during the (3:00pm - 11:00pm), shift at the John J. Moran Facility at THE DEPARTMENT OF CORRECTIONS.**

IV. **STATEMENT OF CLAIM:**

Officer: PERRY, he ordered me to pick up garbage/trash from off the ground on my way to the dining hall to eat my evening meal. He expected me to pick up this garbage without the proper plastic hand gloves. At this time, I was not on duty as a yard porter, as I stated, i was in route to eat my evening meal along with other inmates at that time. He threatens me and uses abusive language to verbally abuse and humiliate me in front of the inmate population. Also, he provokes me verbally, so I will respond. He punished me for not cleaning while I was off duty, then on top of that...He **FIRED** me from my Job/Work Detail. Now I cannot participate during my recreation, for fear that he would do something to me. **(Officer PERRY, He has a history of problems with inmates, and nothing has been done).**

V. **State briefly exactly what you want the Court to do for you. Make NO Legal arguments, and do not cite any cases or statutes.**

What I want is, that the Department of Corrections to do is...have him **(PERRY)**, stop harassing and humilating me at all and any time that he see's me. I want to be able to walk the grounds and participate on my recreational activities without the constant humiliations from him **(PERRY)**, and any other of his co-workers, due to this complaint.

**Respectfully Submitted;**

Juan C. Martinez, #112421
Medium Security 1 / BR# 3.
P.O. Box 8274
Cranston, RI 02920.