RECEIVED
DEC 11 2007
Property of U.S. District Court
District of Rhode Island

December 7/2007

Dear Honorable Justice Judge

My name is Juan C Martinez I speaks very Limited English. I'm an American. I writin to you. because I need help because Department of Correcition no liste to me my problem office penny Habe problem inmates I need stop office penny I need my Job I not Have money pliss help me

Thank you
Honorable Judge

[signature]

ID. 112421
P.O Box 8274
Cranston R.I 02920