IN FORMA PAUPERIS AFFIDAVIT **CA 07 455** ML

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

JUAN C MARTINEZ
v.
officer: PERRY

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, JUAN C MARTINEZ, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (X)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
I NOT HAVE SALARY
I NOT HAVE JOB

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
NO

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (X)

b. Rent payments, interest or dividends? Yes ( ) No (X)

c. Pensions, annuities or life insurance payments? Yes ( ) No (X)

d. Gifts or inheritances? Yes ( ) No (X)

e. Any other sources? Yes ( ) No (X)