TO:THE HONORABLE U.S.MAGISTRATE JACOB HAGOPIAN
UNITED STATES DISTRICT COURT
119 FEDERAL BUILDING & U.S.C.A.
PROVIDENCE.R.I.02920.

RECEIVED
AUG 19 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

DATED:AUGUST 12,2008

RE:CASE MARTINEZ V.PERRY,C.A.NO.07-455ML........................

DEAR YOUR HONORABLE MAGISTRATE HAGOPIAN:

Please find enclosed for filing a copy of notice of lawsuit and request for waiver of service of summons.In which,I would like to have filed with this honorable court to establish and/or certify that I have mailed a true copy of the within legal documents to the defendant mentioned above.Thank you very muchin advance for your time and prompt attention in this matter.

Respectfully Submitted By:

[signature]

CC:U.S.MAGISTRATE HAGOPIAN
FILE

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) STEPHEN C.MARTINEZ

as (B) CORRECTIONAL OFFICER of (C) ACI

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) FOR THE District of R.I. and has been assigned docket number (E) C.A.NO.07-455ML

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 60 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 12 day of AUGUST, 2008.

Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action
F — Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

# WAIVER OF SERVICE OF SUMMONS

TO: MR. JUAN MARTINEZ (PRO-SE)
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, ______________________________ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of JUAN MARTINEZ V. STEPHEN PERRY
(CAPTION ACTION)

which is case number C.A.NO.07-455ML in the United States District Court
(DOCKET NUMBER)

for the District of Rhode Island

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ______________
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

______________ (DATE) ______________________________ (SIGNATURE)

Printed/Typed Name: ______________________________

As ______________ (TITLE) of ______________ (CORPORATE DEFENDANT)

## Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

This form was electronically produced by John Fichells and Richard Jones using Omniform Internet Publisher.

UNITED STATES DISTRICT COURT
For
The District of Rhode Island

Juan C. Martinez

[Enter the full name (s) of the Plaintiff (s) in this Motion].

vs.

Stephen
officer: PERRY

[Enter the full name (s) of the Plaintiff (s) in this Motion].

CIVIL ACTION No. # 07-455 ML

**PREVIOUS LAWSUITS:**

A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes:____ No: X

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: Juan C. Martinez
P.O Box 8274 CRANSTON R.I 02920.

Defendants: Officer: PERRY
MEDIUM SECURITY #1 CRANSTON R.I.

III. PARTIES

In item "A", below, place your name in the first blank. Do the same for any additional parties, if any.

A. Name of Plaintiff: Juan C. Martinez
_______________________________.

B. Name of Defendant: Officer: PERRY
_______________________________. Is employed as a Correctional Officer during the (3:00pm - 11:00pm), shift at the John J. Moran Facility at THE DEPARTMENT OF CORRECTIONS.

IV. **STATEMENT OF CLAIM:**

Officer: PERRY, he ordered me to pick up garbage/trash from off the ground on my way to the dining hall to eat my evening meal. He expected me to pick up this garbage without the proper plastic hand gloves. At this time, I was not on duty as a yard porter, as I stated, i was in route to eat my evening meal along with other inmates at that time. He threatens me and uses abusive language to verbally abuse and humiliate me in front of the inmate population. Also, he provokes me verbally, so I will respond. He punished me for not cleaning while I was off duty, then on top of that...He **FIRED** me from my Job/Work Detail. Now I cannot participate during my recreation, for fear that he would do something to me. **(Officer PERRY, He has a history of problems with inmates, and nothing has been done).**

V. **State briefly exactly what you want the Court to do for you. Make NO Legal arguments, and do not cite any cases or statutes.**

What I want is, that the Department of Corrections to do is...have him **(PERRY)**, stop harassing and hunilating me at all and any time that he see's me. I want to be able to walk the grounds and participate on my recreational activities without the constant humiliations from him **(PERRY)**, and any other of his co-workers, due to this complaint.

Respectfully Submitted;

Juan C. Martinez. #112421
Medium Security 1 / BR# 3.
P.O. Box 8274
Cranston, RI 02920.